# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5500

**MEMO ENDORSED**

2/10/20

Jeremy Schneider is Assigned to represent Rudy Mendoza, pursuant to CJA.

*[signature]*

February 10, 2020

**VIA ECF**

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Rudy Mendoza
    11 Cr. 974 (CM)

Dear Judge McMahon:

As per Tracy Miller's email, I apologize for the confusion with the Court on February 5, 2020. I substituted for my partner, Jeremy Schneider with the understanding that the cases would be assigned to him. I write to request that your Honor correct the record to reflect Mr. Schneider as the attorney for Rudy Mendoza.

Thank you for your attention to this matter.

Sincerely,

*[signature]* David Stern (sc)
David Stern

DS/sc
encl.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/20