U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

MEMO ENDORSED

July 15, 2022

7/18/22

So Ordered

*[signature]*

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Rudy Mendoza, 11 Cr. 974 (CM)

Dear Judge McMahon:

I will soon be ending my position as an Assistant United States Attorney in the Southern District of New York. I therefore write respectfully to request that the Court direct the Clerk of Court to terminate my appearance in the above-captioned case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *[signature]*
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

cc: All counsel of record (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/22