UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

RUDY MENDOZA,

                 Petitioner,

    -against-                              11 CR 974-08 (CM)

UNITED STATES OF AMERICA,

                 Respondent.

———————————————————————x

MCMAHON, J.:

      Rudy Mendoza has filed a motion to vacate, correct, or set aside his conviction and sentence, pursuant to 28 U.S.C. § 2255.

      The U.S. Attorney's Office shall file an answer or other pleadings in response to the motion, within (60) sixty days of the date of this order.

      Petitioner shall have (30) thirty days from the date on which Petitioner is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

      The Clerk of Court shall notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

SO ORDERED:

Dated:    July 13, 2023
          New York, New York

_____
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/23